CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 1 6 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: __Hinds__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _3:24-CR-102-DPJ-LGI_
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: _X_ YES ___ NO

NAME/ALIAS: __Sherik Marve Smith__

**U.S. ATTORNEY INFORMATION:**

AUSA __Charles W. Kirkham__  BAR # _102022_

INTERPRETER: _X_ NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    ___ PETTY    ___ MISDEMEANOR    _1_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  _18:371.F_ | 18 U.S.C § 371 | Conspiracy to defraud the U.S. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _/s/ Charles W. Kirkham_

Revised 9/22/2020