IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:24cr102-DPJ-LGI

SHERIK MARVE SMITH

## <u>ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL</u>

THIS CAUSE having come on before the Court on motion of the Government to unseal

the above styled matter, being fully advised in the premises, finds that said motion is well-taken

and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby

unsealed.

SO ORDERED AND ADJUDGED this the 17th day of October 2024.


s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE